UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE LEON PRICE,

        Petitioner,

    v.

PEOPLE OF THE STATE OF CALIFORNIA,

        Respondent.

No.  2:25-cv-3325 WBS CSK P

ORDER

Petitioner, a state prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 13, 2026, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 8) are adopted in full;

2. Petitioner's application for a writ of habeas corpus is summarily dismissed without prejudice due to petitioner's failure to exhaust his state court remedies; and

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated: February 20, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/pric3325.804.hc

2